NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3286

THOMAS E. GAGHAN, JR.,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Joseph J. Chester, Caplan & Chester, of Pittsburgh, Pennsylvania, argued for petitioner.

Anuj Vohra, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, Steven J. Gillingham, Assistant Director, and Steven M. Mager, Attorney.

Appealed from:  United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3286

THOMAS E. GAGHAN, JR.

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

# Judgment

ON APPEAL from the Merit Systems Protection Board

in CASE NO(S). PH0831050239-I-2.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, Circuit Judge, CLEVENGER, Senior Circuit Judge, and MOORE, Circuit Judge.)

AFFIRMED.  See Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED:  October 3, 2007           /s/  Jan Horbaly

                                                    Jan Horbaly, Clerk